# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MTE HOLDINGS LLC, *et al.*,[1] | ) ) ) | Case No. 19-12269 (CTG) |
| Reorganized Debtors. | ) ) ) | Jointly Administered |
| RPA ASSET MANAGEMENT SERVICES, LLC TRUSTEE OF THE MDC LITIGATION TRUST, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Adv. Pro. No. 21-51255 (CTG) |
| vs. | ) ) | |
| MARK SIFFIN AND MDC ACQUISITION LLC, MAEFIELD DEVELOPMENT CORPORATION, AND MDCE INVESTMENTS LLC, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
<u>HEARING ON JUNE 10, 2022, AT 10:00 A.M. (ET)</u>**

**THIS HEARING WILL BE HELD BY VIDEO VIA ZOOM. BOTH VIDEO AND AUDIO WILL BE THROUGH ZOOM. COURTCALL WILL NOT BE USED FOR THIS HEARING. THE COURT IS ASKING ALL PARTIES TO REGISTER THEIR APPEARANCE NO LATER THAN <u>THURSDAY, JUNE 9, 2022, AT 4:00 P.M. (ET)</u> AT THE PROVIDED LINK:**

https://debuscourts.zoomgov.com/meeting/register/vJItcOCprDwtHp3Fv6hbddMtLPvdcTZtvpw

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: MTE Holdings LLC (7894); MTE Partners LLC (1158); Olam Energy Resources I LLC (0770); MDC Energy LLC (9140); MDC Texas Operator LLC (1087); Ward I, LLC (6817); and MDC Reeves Energy LLC (3644).

{00033400. }

**I. MATTER GOING FORWARD:**

1. Defendants' Motion to Dismiss First Amended Complaint [Adv. D.I. 25; filed 3/4/22]

    Responses Received:

    i. Plaintiff's Response to Defendants' Motion to Dismiss First Amended Complaint [Adv. D.I. 30; filed 3/24/22]

    Related Items:

    a. First Amended Complaint [Adv. D.I. 24; filed 2/7/22]

    b. Opening Brief in Support of Defendants' Motion to Dismiss First Amended Complaint [Adv. D.I. 27; filed 3/4/22]

    c. Order Granting Defendants' Motion for Leave to Exceed Page Limit Requirements with Respect to Defendants' Motion to Dismiss First Amended Complaint [Adv. D.I. 28; entered 3/7/22]

    d. Plaintiff's Motion for Leave to Exceed Page Limit Requirements with Respect to Plaintiff's Response to Defendants' Motion to Dismiss First Amended Complaint [Adv. D.I. 31; filed 3/24/22]

    e. Exhibits 1 and 2 to the Plaintiff's Response to Defendants' Motion to Dismiss First Amended Complaint [Adv. D.I. 32; filed 3/25/22]

    f. Reply in Further Support of Motion to Dismiss First Amended Complaint [Adv. D.I. 33; filed 4/21/22]

    g. Request for Oral Argument [Adv. D.I. 34; filed 4/26/22]

    h. Notice of Completion of Briefing [Adv. D.I. 36; filed 5/2/22]

    i. Certificate of No Objection Regarding Plaintiff'' Motion for Leave to Exceed Page Limit Requirements with Respect to Plaintiff's Response to Defendants' Motion to Dismiss First Amended Complaint [Adv. D.I. 37; filed 6/7/22]

    Status: The hearing on this matter will go forward.

| | |
|---|---|
| Dated: June 8, 2022<br>Wilmington, Delaware | **THE ROSNER LAW GROUP LLC**<br><br>*/s/ Jason A. Gibson*<br>Jason A. Gibson (DE 6091)<br>824 N. Market Street, Suite 810<br>Wilmington, DE 19801<br>Tel: (302) 777-1111<br>Email: gibson@teamrosner.com<br><br>-and-<br><br>**SMYSER KAPLAN & VESELKA, L.L.P.**<br>Dane Ball<br>Land Murphy<br>717 Texas Avenue, Suite 2800<br>Houston, Texas 77002-2761<br>Tel: (713) 221-22346<br><br>*Counsel to the Plaintiff* |