21-51255 RPA Asset Management v. Siffin, et al.

6/10/2022

| First Name | Last Name | Party Representing | Firm Name |
| --- | --- | --- | --- |
| Judge | Goldblatt | Court | |
| Miles | Taylor | Bankr. Ct. | |
| Land | Murphy | Plaintiff RPA, Trustee of MDC Litigation Trust | Smyser Kaplan & Veselka, LLP |
| Jason | Gibson | RPA Asset Management Services, LLC Trustee of the MDC Litigation Trust | The Rosner Law Group LLC |
| Garvan | McDaniel | Siffen at al | Hogan McDaniel |
| Shai | Schmidt | Defendants | Glenn Agre Bergman & Fuentes LLP |
| Katherine | Mudge | Alamo Pressure Pumping | Enoch Kever |
| Richard | Ramirez | Defendants | Glenn Agre Bergman & Fuentes LLP |
| Adia | Coley | Observer | |
| Samantha | Bennett | Defendants | Glenn Agre Bergman & Fuentes LLP |
| Naznen | Rahman | Defendants | Glenn Agre Bergman & Fuentes |
| David | Mark | MTE Holdings LLC | Kasowitz Benson Torres LLP |
| Vrinda | Agarwal | Defendants | Glenn Agre Bergman & Fuentes |
| Rosie | Martinez | Diamond M Trucking | |
| John | Turner, III | MTE Litigation Trust | Bailey & Glasser LLP |
| Andrew | Glenn | Defendants | Glenn Agre Bergman & Fuentes LLP |
| Demi | Yeager | Court | |
| Destiny | Parker-Thompson | Court | |